UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Deandre Lamar, | ) | C/A No. 2:21-cv-04200-DCN-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| Versus | ) | |
| | ) | |
| Charleston County Sheriff's Office, Sydney Phillips, and Brian McCoy, in their Individual Capacities Pursuant to 42 U.S.C. §1983, | ) ) ) ) | |
| Defendants. | ) | |

The Defendants hereby notify the Court that the above-captioned case has settled and can be removed from the roster. A formal Stipulation of Dismissal will be filed with the Court as soon as settlement documents are completed.

        HOOD LAW FIRM, LLC
        172 Meeting Street
        Post Office Box 1508
        Charleston, SC  29402
        Ph: (843) 577-4435 / Fax: (843) 722-1630
        Email: Info@hoodlaw.com

**June 29, 2023**         **/s/ Elloree A. Ganes**
Charleston, South Carolina         Elloree A. Ganes (FED #9022)
        Elloree.Ganes@hoodlaw.com
        Evan M. Sobocinski (FED #13175)
        Evan.Sobocinski@hoodlaw.com

        *Attorneys for the Defendants*
        *Charleston County Sheriff's Office, Sydney Phillips, and Brian McCoy, in their Individual Capacities Pursuant to 42 U.S.C. §1983*